IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARAH ELIZABETH DUTRA,

    Petitioner,                   No. CIV S-10-1657 CHS

    vs.

MARY LATTIMORE, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges her April 21, 2003 convictions in San Joaquin County Superior Court, case no. SF085258B, for voluntary manslaughter and accessory to murder. Petitioner consented to the jurisdiction of a United States Magistrate Judge in this case on July 30, 2010. It appears that Petitioner may have been released from custody since her last contact with the court. It is noted that Petitioner bears the responsibility of prosecuting this case. Petitioner is obligated to inform the court and Respondent of any change of address and must comply with the court's orders in a timely manner. Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

        IT IS HEREBY ORDERED that:

        1.     Each party file a brief status report within twenty (20) days of the date of this

1    order, addressing Petitioner's custodial status as it pertains to the status of this case.

2.   If applicable, Petitioner is directed to address in her brief her failure to notify the court of her release from confinement and her failure to notify the court of her current address.

3.   In addition to serving both parties at their addresses of record, the Clerk of Court is directed to serve Petitioner at the following address:

> Sarah Elizabeth Dutra
> 524 Florence Drive
> Vacaville, CA 95688

DATED: January 5, 2011.

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE